**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | Case No. 21-cr-00088-DLF |
| **v.** | ) | |
| | ) | |
| **RONALD SALNDLIN, ET AL,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO CONTINUE**

Defendant, Nathan DeGrave, by and through his counsel, move with co-defendant to continue the status conference scheduled before this Court on February 16, 2022 with no opposition from the United States Attorney's office.

Counsel for Defendant has conferred with counsel for the defendant and for co-defendant Ronald Sandlin, and both have indicated they do not oppose the instant motion.

The parties have agreed to continue the matter until the next status hearing, which is scheduled for March 9, 2022 before this Court.

Dated: February 15, 2022                Respectfully Submitted,

                                        _____s/_____

                                        John M. Pierce
                                        John Pierce Law
                                        21550 Oxnard Street
                                        3d Floor, PMB# 172
                                        Woodland Hills, CA 91367
                                        Tel.: (213) 279-7648

                                        *Counsel for Nathan DeGrave*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the February 15, 2022 I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District Columbia by using the CM/ECF system.

_____/s/_____
John M. Pierce