UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00088-DLF |
| | ) | |
| RONALDN SANDLIN, et. al., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**DEFENDANT NATHAN DEGRAVE'S UNOPPOSED MOTION
TO CONTINUE SENTENCING**

1

NOW COMES defendant Nathan DeGrave, by and through his counsel of record, William L. Shipley, and requests that this Honorable Court vacate the sentencing currently set for January 20, 2023.

Attorney Shipley is set to begin trial on December 5, 2022, in the second "Oath Keepers" case.  See United States v. Rhodes, et al.  22-cr-00015-APM.  Given the length of the first Oath Keepers trial, the second case is now expected to continue into the week of January 23, 2023.

When the sentencing hearing for Defendant DeGrave was set by this Court, the above-listed case was scheduled to start on November 29, 2022, and anticipated to conclude prior to the holidays.  On October 28, 2022, the trial date was rescheduled for December 5, 2022.  See United States v. Rhodes, et al.  22-cr-00015-APM ECF. No. 377.  The first Oath Keeper case is now in its eighth week after having had a pre-trial estimated duration of 5-6 weeks

Continuing with the current sentencing date would require Attorney Shipley to prepare and file various sentencing pleadings on behalf of Defendant DeGrave while still in trial.  Counsel for Defendant DeGrave has communicated with Government counsel about this issued and the Government does not oppose delaying the sentencing hearing.

Upon review of both Defense and Government's Counsel schedules, Defendant DeGrave respectfully requests that the sentencing hearing for Defendant DeGrave set for January 26, 2023, be rescheduled for February 17, 2023.

Dated: November 17, 2022                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*
