**Sent**
    2021-01-06 01:57:55 UTC
**Body**  Where you staying

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-06 03:15:09 UTC
**Body**  ⬛⬛

**Aut**███████████████████████
~~Sent~~ 2021-01-06 13:00:09 UTC
**Body**  Nice dude I'm at the motto Hilton but heading down to freedom plaza now

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-06 14:38:30 UTC
**Body**  It's pretty open

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-06 14:38:30 UTC
**Body**  On the hill

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-06 14:38:30 UTC
**Body**  We're at the Washington monument

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-06 14:38:30 UTC
**Body**  Dope

**Aut**███████████████████████
**Sent**  2021-01-06 19:57:45 UTC
**Body**  Are you at the capital!?


**Thread**  (3334965959947188)
**Current**  2021-02-10 17:22:33 UTC
**Participants**  Ronnie Sandlin (Facebook: 100000088276565)
    Josiah Colt (Facebook: 100005928300442)
    ███████████████████████

**Past**  2021-02-10 17:22:33 UTC
**Participants**  Nate DeGrave (Facebook: 100023579536609)
    ███████████████████████

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:02:03 UTC
**Body**  Yoyoyo

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:02:03 UTC
**Body**  Ronnie created the group.

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:02:09 UTC
**Body**  Nate this is Josiah

**Author**  Nate DeGrave (Facebook: 100023579536609)

**Sent** 2020-12-31 00:02:32 UTC
**Body** Yo yo!!

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:02:36 UTC
**Body** I'm ready for action

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:02:47 UTC
**Body** Reporting for duty

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:02:49 UTC
**Body** Haha

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:03:25 UTC
**Body** Ronnie sent a GIF from Tenor GIF Keyboard.
**Attachments** gif-2858836534402344 (2858836534402344)

**Type** image/gif
**Size**
**URL** https://interncache-frc.fbsbx.com/v/t59.2708-21/
121960664_3365420213553205_441401243741
1032348_n.gif?ccb=3&_nc_sid=041f46&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvbWVzc2FnZV9hbmltYXRlYXRlZ9pbWFnZSJ9
&_nc_ht=interncache-frc.fbsbx.com&oh=effa29
3bda9b51c3668ae9c46986b212&oe=60258E08



**Photo ID** 2858836534402344

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:03:47 UTC
**Body** So what's the plan

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:03:49 UTC
**Body** Ok so there are two expenses

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:03:56 UTC
**Body** Car rental and Airbnb

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:04:12 UTC

**Body** What day and what time and what airport and I'll be there

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:04:17 UTC
**Body** If you need help with the Airbnb let me know

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:04:31 UTC
**Body** I think going to Nashville is good Nate then we can pick you up in the car rental

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:04:50 UTC
**Body** Yes that's what I wanted to do just need to align with your plans so let me know a good time to pick me up

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:04:59 UTC
**Body** Want a nice smooth transition

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:06:31 UTC
**Body** https://abnb.me/TOAPZIvqEcb
**Share** **Date Created** 2020-12-31 00:06:30 UTC
**Summary** Unforgettable trips start with Airbnb. Find adventures nearby or in faraway places and access unique homes, experiences, and places around the world.
**Title** cozy gathering
**Url** https://abnb.me/TOAPZIvqEcb

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:07:09 UTC
**Body** Works for me we don't need anything to elaborate since we'll barely be spending time in it

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:07:13 UTC
**Body** If at all

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:07:31 UTC
**Body** I'll probably be with the proud boys way to the morning hahaha

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:07:57 UTC
**Body** Exactly ok so Nate can you book that Airbnb and I will pay for the car rental

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:08:18 UTC
**Body** And Josiah can pay for the gas

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:08:22 UTC
**Body** Or whatever

**Author**
Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:08:34 UTC
**Body** Okay deal just let me know what time and day you are leaving for DC so I can get the flight. Once I have that I can book everything else that we need

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:08:35 UTC
**Body** It will be about the same give or take based off of calculations

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 00:08:40 UTC
**Body** We can split everything 3 ways

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:10:43 UTC
**Body** Ronnie started a call.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:10:45 UTC
**Body** Ronnie joined the call.

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 00:10:52 UTC
**Body** You joined the call.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:11:10 UTC
**Body** Nate yo

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:11:27 UTC
**Body** Nate joined the call.

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 00:11:46 UTC
**Body** Nate joined the call.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 00:21:26 UTC
**Body** The call ended.
**Call Record**      **Missed** false
**Duration** 634

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 00:28:22 UTC
**Body** https://www.youtube.com/watch?v=1jbKZF4Ah5Y
**Share**    **Date Created** 2020-12-31 00:28:21 UTC
**Summary** The TSA has stopped a record number of passengers trying to bring firearms in their carry-ons at security checkpoints in the past 18 months. Lisa Farbstein o...
**Title** How to pack your firearm for a flight
**Url** https://www.youtube.com/watch?v=1jbKZF4Ah5Y

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent**
    2020-12-31 00:28:33 UTC
**Body**  Hell yeah

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 00:28:36 UTC
**Body**  I'm going to try and fly w my G43

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2020-12-31 00:28:38 UTC
**Body**  Ronnie what's the addie

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 00:28:46 UTC
**Body**  Might even try to bring my AK

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:28:47 UTC
**Body**  ████████████████

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:28:56 UTC
**Body**  Bring a sleeping bag just in case

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 00:28:56 UTC
**Body**  Nate post a list of what you're buying

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2020-12-31 00:29:09 UTC
**Body**  Ship it?? Can you ship guns? I'll bring my air mattress

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:29:29 UTC
**Body**  I'm not sure about shipping guns! I would look into it

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2020-12-31 00:29:33 UTC
**Body**  Ok deal. I'll show you guys before I buy if you want me to get double or triple anything

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 00:32:00 UTC
**Body**  Dope

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2020-12-31 00:32:35 UTC
**Body**  How much should I ask for for the gofundme?

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 00:32:50 UTC
**Body**  2000?

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2020-12-31 00:33:33 UTC
**Body**  Sounds about right

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2020-12-31 03:21:45 UTC

**Body**    I bought my ticket

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2020-12-31 03:21:48 UTC
**Body**    It's on boys

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2020-12-31 03:50:22 UTC
**Body**    Ronnie: 🫠🫠
**Attachments**  sticker (369239263222822)
                 **Type**  image/png
                 **Size**
                 **URL**   https://interncache-frc.fbcdn.net/v/t39.1997-6/3
                           9178562_1505197616293642_54113442810948
                           48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
                           1cmxnZW4iOiJwaHBfdXJsZZ2VuX2NsaWVudC9lbn
                           RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
                           _nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
                           c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID**  369239263222822

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2020-12-31 03:52:49 UTC
**Body**    workng on the airbnb and the shopping list

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2020-12-31 03:52:57 UTC
**Body**    Noice

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2020-12-31 03:52:57 UTC
**Body**    Excellent

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2020-12-31 03:53:05 UTC
**Body**    Im looking at a 100w laser the thing can instantly burn paper

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2020-12-31 03:53:49 UTC
**Body**    That's some antifa shit lol

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2020-12-31 03:54:01 UTC
**Body**    it actually needs a key to turn on

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2020-12-31 03:54:18 UTC
**Body**    Shit I'm going to get a boomerang 🪃🪃

**Author**   Nate DeGrave (Facebook: 100023579536609)
**Sent**   2020-12-31 03:54:44 UTC
**Body**   Do it haha

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**   2020-12-31 03:55:08 UTC
**Body**   Ronnie sent a photo.
**Attachments**   image-139019167890692 (139019167890692)
**Type**   image/jpeg
**Size**   39761
**URL**   https://interncache-frc.fbcdn.net/v/t1.15752-9/1
34549187_139019171224025_50473561449524
18159_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1
cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m&_
nc_cid=0&_nc_ht=interncache-frc&oh=c4fea23f
2f2c87d0c408c3ae13ed6923&oe=6048A702



**Photo ID**   139019167890692

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**   2020-12-31 03:55:35 UTC
**Body**   Cold steel boomerang boys

**Author**   Nate DeGrave (Facebook: 100023579536609)
**Sent**   2020-12-31 03:56:36 UTC
**Body**   haha thats dope af we're going in like the justice league

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**   2020-12-31 03:56:39 UTC
**Body**   https://www.ebay.com/itm/Self-defense-Anti-riot-Armor-Suit-Securit
y-Body-Anti-Puncture-Clothes-
Suit-/114516940885?_trksid=p2349624.m46890.l49292
**Share**   **Date Created**   2020-12-31 03:56:39 UTC
**Summary**   The anti-riot suit is practical and convenient to
wear, flexible in rotation, excellent in
appearance, reasonable in connection structure
design, and neatly worn in 2 minutes, which is
obviously superior to the technical indicators of
conventional riot suits.

**Title**
Self-defense Anti-riot Armor Suit Security Body
Anti Puncture Clothes Suit | eBay
**Url** https://www.ebay.com/itm/Self-defense-Anti-riot-
Armor-Suit-Security-Body-Anti-Puncture-Clothes-
Suit-/114516940885

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:56:53 UTC
**Body** bro china has no fucks given in their sales letter they don't even
pretend to hide what their laser is for

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:56:59 UTC
**Body** https://ae01.alicdn.com/kf/HTB1mFA7KVXXXXXQXXXXq6xXFXXXg/
202711244/HTB1mFA7KVXXXXXQXXXXq6xXFXXXg.jpg
**Share**     **Date Created** 2020-12-31 03:56:58 UTC
**Title** ae01.alicdn.com
**Url** https://ae01.alicdn.com/kf/HTB1mFA7KVXXXXXQ
XXXXq6xXFXXXg/202711244/HTB1mFA7KVXXX
XXQXXXXq6xXFXXXg.jpg

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:57:32 UTC
**Body** Good god you want to burn these communists retinas?

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:57:57 UTC
**Body** I dont but would rather do that then have to shoot someone

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:58:04 UTC
**Body** would be totally possible though

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:58:24 UTC
**Body** https://www.ebay.com/itm/Metal-anti-riot-shield-self-defense-camp
us-public-security-
protection-/164568120417?_trksid=p2349624.m46890.l49292
**Share**     **Date Created** 2020-12-31 03:58:17 UTC
**Summary** Puncture performance: GA68-2003 standard test
tool 20 j kinetic energy puncture.
Material⬜Aluminum alloy. Resistance to impact
strength: 147 j kinetic energy Impact. You'd
better take a video or photos when open it.
**Title** Metal anti-riot shield self defense campus public
security protection | eBay
**Url** https://www.ebay.com/itm/Metal-anti-riot-shield-
self-defense-campus-public-security-
protection-/164568120417

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:58:36 UTC
**Body** That's actually a good deal

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent**

2020-12-31 03:58:55 UTC

**Body** if theres a gun man or mob Id rather than the mother fuckers. if my life is in danger there are no rules

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:59:07 UTC
**Body** all purely self defence might I add. but will be ready

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:59:09 UTC
**Body** I have some sick self defense knives

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:59:19 UTC
**Body** And I'm bringing my little
Pocket gun

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:59:37 UTC
**Body** they also have pepper spray guns

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 04:00:48 UTC
**Body** adding items here https://www.amazon.com/hz/wishlist/ls/2XQLZTQ HRS8NO?ref_=wl_share
**Share** **Date Created** 2020-12-31 04:00:46 UTC
**Title** Check out my list on Amazon
**Url** https://www.amazon.com/hz/wishlist/ls/2XQLZTQ HRS8NO?ref_=wl_share

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 04:20:05 UTC
**Body** Check in the 7th and checking out the 8th, sound good? only 65 a night, super cheap

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 04:20:17 UTC
**Body** Sick

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 04:20:32 UTC
**Body** But the rally is the 6th bro

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 04:20:43 UTC
**Body** So it should be the 5th-7th

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 04:21:12 UTC
**Body** oh is it the 6th? okay 5-7th it is then

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 04:21:42 UTC
**Body** Tyranny masquerades itself as safety and security. Freedom is always paid for with 🩸🩸

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent**    2020-12-31 04:28:28 UTC
**Body**    Nate sent a photo.
**Attachments**    image-1038152073328611 (1038152073328611)
**Type**    image/jpeg
**Size**    491316
**URL**    https://interncache-frc.fbcdn.net/v/t1.15752-0/p
600x600/134491131_1038152083328610_8504
536627395103238_n.png?ccb=3&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbWdfZW46RFIjTWVkaWFWFdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&_nc_tp=30&oh=529a019ede8f7248f459e90f28f3160f&oe=6047B97B



**Photo ID**  1038152073328611

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2020-12-31 04:30:16 UTC
**Body**    booking done. working on the flight now. looking to come in on the 3rd and leave the 9th. sound right? Should I get a morning flight? When do you plan to leave on the 3rd and how long does it take to drive

**Author**    Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2020-12-31 04:48:35 UTC
**Body**    It's an 18 hour drive

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2020-12-31 04:48:53 UTC
**Body**    I'm down to pit stop halfway

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 04:49:40 UTC
**Body** Ok so booking is for 5-7 ya?

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 04:49:54 UTC
**Body** 65 each ?

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 06:01:29 UTC
**Body** https://zoom.us/j/99709777183?pwd=dWVWZzJaVkhrMUVMOVVyT
1VUTlQ0dz09
**Share** **Date Created** 2020-12-31 06:01:28 UTC
**Summary** Zoom is the leader in modern enterprise video
communications, with an easy, reliable cloud
platform for video and audio conferencing, chat,
and webinars across mobile, desktop, and room
systems. Zoom Rooms is the original software-
based conference room solution used around
the world in board, confer...
**Title** Join our Cloud HD Video Meeting
**Url** https://zoom.us/j/99709777183?pwd=dWVWZzJ
aVkhrMUVMOVVyT1VUTlQ0dz09

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 06:02:23 UTC
**Body** What's the passcode?

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 06:03:13 UTC
**Body** https://zoom.us/j/99709777183?pwd=dWVWZzJaVkhrMUVMOVVyT
1VUTlQ0dz09
**Share** **Date Created** 2020-12-31 06:03:13 UTC
**Summary** Zoom is the leader in modern enterprise video
communications, with an easy, reliable cloud
platform for video and audio conferencing, chat,
and webinars across mobile, desktop, and room
systems. Zoom Rooms is the original software-
based conference room solution used around
the world in board, confer...
**Title** Join our Cloud HD Video Meeting
**Url** https://zoom.us/j/99709777183?pwd=dWVWZzJ
aVkhrMUVMOVVyT1VUTlQ0dz09

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 06:09:37 UTC
**Body** You got that booking in DC right?

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 06:15:50 UTC
**Body** yup

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 06:16:00 UTC
**Body** Nate sent a photo.

**Attachments**

image-256124245856001 (256124245856001)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 524673 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-0/p600x600/134795170_256124249189334_5962052738705224610_n.png?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2V2uX2NsaWVudC9pbW9nZW46RFIJTWVkaWFWdGIscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&_nc_tp=30&oh=8fd95d82e34e3691535719ce3cffea73&oe=604A3F1E |



Photo ID   256124245856001

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2020-12-31 06:16:00 UTC |
| **Body** | working on flight back now |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2020-12-31 06:16:08 UTC |
| **Body** | I arrive 4 pm on the 3rd |

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2020-12-31 06:16:14 UTC |
| **Body** | Ronnie sent a GIF from Tenor GIF Keyboard. |
| **Attachments** | gif-415366089581599 (415366089581599) |
| **Type** | image/gif |
| **Size** | |
| **URL** | https://interncache-frc.fbsbx.com/v/t59.2708-21/71529135_988661048150565_14291425895582 |

26944_n.gif?ccb=3&_nc_sid=041f46&efg=eyJ1c
mxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRp
dHkvbWVzc2FnZV9hbmltYXRlZF9pbWFnZSJ9&_n
c_ht=interncache-frc.fbsbx.com&oh=0a634314
57276782d4b210bbab3e1ad1&oe=6025D860



**Photo ID** 415366089581599

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 06:21:25 UTC
**Body** https://www.amazon.com/hz/wishlist/ls/2XQLZTQHRS8NO?ref_=wl_
share
**Share** **Date Created** 2020-12-31 06:21:22 UTC
**Title** Check out my list on Amazon
**Url** https://www.amazon.com/hz/wishlist/ls/2XQLZTQ
HRS8NO?ref_=wl_share

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 06:21:26 UTC
**Body** some goodies in there Im getting

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:03:18 UTC
**Body** https://www.gofundme.com/f/patriots-defending-our-country-on-jan
-6th?utm_source=cus\\tomer&utm_medium=copy_link&utm_camp
aign=p_cf+share-flow-1
**Share** **Date Created** 2020-12-31 08:03:17 UTC
**Summary** "The only thing necessary for the triumph of evil
is for good men to do noth... Ronnie Sandlin

|  |  |
|---|---|
| | needs your support for Patriots Defending Our Country On Jan 6th |
| **Title** | Patriots Defending Our Country On Jan 6th, organized by Ronnie Sandlin |
| **Url** | https://www.gofundme.com/f/patriots-defending-our-country-on-jan-6th |

|  |  |  |
|---|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) | |
| **Sent** | 2020-12-31 08:03:30 UTC | |
| **Body** | https://www.gofundme.com/f/patriots-defending-our-country-on-jan-6th?utm_source=customer&utm_medium=copy_link&utm_campaign=p_cf+share-flow-1https://www.gofundme.com/f/patriots-defending-our-country-on-jan-6th?utm_source=customer&utm_medium=copy_link&utm_campaign=p_cf+share-flow-1 | |
| **Share** | **Date Created** | 2020-12-31 08:03:30 UTC |
| | **Summary** | "The only thing necessary for the triumph of evil is for good men to do noth... Ronnie Sandlin needs your support for Patriots Defending Our Country On Jan 6th |
| | **Title** | Patriots Defending Our Country On Jan 6th, organized by Ronnie Sandlin |
| | **Url** | https://www.gofundme.com/f/patriots-defending-our-country-on-jan-6th |

|  |  |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2020-12-31 08:04:21 UTC |
| **Body** | I love this |

|  |  |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2020-12-31 08:04:44 UTC |
| **Body** | Excellent |

|  |  |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2020-12-31 08:09:58 UTC |
| **Body** | Buying a lot of good stuff. think we need radios |

|  |  |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2020-12-31 08:21:29 UTC |
| **Body** | Every dollar you contribute to us is a smack in the face to Antifa. Every penny is a boot in the ass against tyranny.  Every Buffalo nickel is a body slam against Antifa. |

|  |  |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2020-12-31 08:21:31 UTC |
| **Body** | lol |

|  |  |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 08:21:46 UTC |
| **Body** | I love it |

|  |  |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2020-12-31 08:21:59 UTC |
| **Body** | yeah definitely good copy, its compelling |

|  |  |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 08:22:03 UTC |
| **Body** | I have 2 radios |

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 08:22:11 UTC
**Body** Walkie talkies

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:22:13 UTC
**Body** ok lets all get some contributions I bet we can get to $2k

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 08:22:36 UTC
**Body** I'll post mine at peak fb time tomorrwo

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 08:23:25 UTC
**Body** Already got someone to send $200

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 08:23:31 UTC
**Body** what else do we need

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 08:23:37 UTC
**Body** Damn

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 08:23:42 UTC
**Body** Ok I'll post mine now

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:24:31 UTC
**Body** do a video on it

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:24:31 UTC
**Body** yeah im going to post a few times

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 08:29:31 UTC
**Body** I love it, we can get good content and even affiliate sales from the videos and what we gear up w

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:29:41 UTC
**Body** Sick

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 08:29:49 UTC
**Body** Yeah I'm going to get my gear together tomorrow

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 08:34:12 UTC
**Body** Posted

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 11:16:25 UTC
**Body** ████████████████████

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent** 2020-12-31 11:16:34 UTC
**Body** thats the add right

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 11:16:45 UTC
**Body** Ronnie: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 11:37:35 UTC
**Body** What kind of gear/equpiment you guys bringing? I have about 300
worth of stuff coming to you

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 11:38:20 UTC
**Body** placing a 2nd order for some stuff here. make sure you also bring
eye protection

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 11:38:40 UTC
**Body** there will probably be tear gas

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 15:55:47 UTC
**Body** Good point

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 15:58:30 UTC
**Body** What 300 stuff

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 15:58:39 UTC
**Body** I need a gas mask

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 15:58:46 UTC
**Body** And body armor

**Author**     Josiah Colt (Facebook: 100005928300442)
**Sent**       2020-12-31 16:01:34 UTC
**Body**       My friend donated 25 lol

**Author**     Josiah Colt (Facebook: 100005928300442)
**Sent**       2020-12-31 16:37:02 UTC
**Body**       You sent a photo.
**Attachments** image-428445671900059 (428445671900059)
                **Type**  image/jpeg
                **Size**  69805
                **URL**   https://interncache-frc.fbcdn.net/v/t1.15752-9/p
                          843x403/133365550_428445691900057_24084
                          72569440557186_n.jpg?ccb=3&_nc_sid=73a6a
                          0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
                          WVudC9pbW9nZW46RFlJTWVkaWFFVdGIscyJ9&_n
                          c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
                          p=6&oh=8c29ec9efc46a54de5c68d16eddfd7b3
                          &oe=60483B4A

 Safari ..ll 🔒                    9:36 AM                    

   **State leaders**

I'm not voting until the 5th in Georgia I don't trust shit that's going on but I also ain't going to let the dems win the senate on my watch if I can get one vote in!

J    2h



daggett929 wd

For anyone going to DC on the 6th, dont go alone in pairs or groups have a meeting place in case of separation, I've heard cellphone service may be limited, just be careful

D    2h

joshua

I thought no one was suppose to go to DC!?

J    2h

daggett929 wd

Just saying for the ones that are going

D    2h

joshua

Now you're confusing me alot of people wanted to go from Georgia is it

    New Message                 

**Photo ID**

428445671900059

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:37:10 UTC
**Body** We need a meeting place

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:37:18 UTC
**Body** I'll bring my walkie talkies

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:39:14 UTC
**Body** @Nate DeGrave what 300 did you order for us

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:39:21 UTC
**Body** I feel like we need a bit of food too

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:39:30 UTC
**Body** In case all the businesses board up

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:39:34 UTC
**Body** Think Nate ordered his stuff he has a list

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:39:47 UTC
**Body** I'm going to go pretty basic not ready for a fight lol

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:39:57 UTC
**Body** I'm going to bring a gas mask

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:40:02 UTC
**Body** Tear gas is real

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:40:20 UTC
**Body** Im gonna bring my knife, gun, and motorcycle jacket

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:41:05 UTC
**Body** I may need to buy a knife there

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:41:46 UTC
**Body** I have an extra

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 16:41:49 UTC
**Body** Or ship it to your house

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:41:52 UTC
**Body**     A high end one

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:41:58 UTC
**Body**     Made for combat

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:42:23 UTC
**Body**     Lol Nate is really ready for battle hahaha

**Author**   Josiah Colt (Facebook: 100005928300442)
**Sent**     2020-12-31 16:42:36 UTC
**Body**     I want to see the list

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:42:56 UTC
**Body**     https://www.amazon.com/hz/wishlist/ls/2XQLZTQHRS8NO?ref_=wl_
             share
**Share**    **Date Created**  2020-12-31 16:42:53 UTC
             **Title**  Check out my list on Amazon
             **Url**  https://www.amazon.com/hz/wishlist/ls/2XQLZTQ
                      HRS8NO?ref_=wl_share


**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:45:03 UTC
**Body**     I may get that helmet or a combat style helmet

**Author**   Josiah Colt (Facebook: 100005928300442)
**Sent**     2020-12-31 16:45:19 UTC
**Body**     That's what I m looking at right now too

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:45:23 UTC
**Body**     I'm wearing my motorcycle jacket which will protect against a lot

**Author**   Josiah Colt (Facebook: 100005928300442)
**Sent**     2020-12-31 16:45:32 UTC
**Body**     Water

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:45:38 UTC
**Body**     I'll wear my motorcycle shoes as well

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:46:10 UTC
**Body**     Extra protection in case of a trampling scenario

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:50:35 UTC
**Body**     I'm going to get knee pads

**Author**   Ronnie Sandlin (Facebook: 100000088276565)
**Sent**     2020-12-31 16:56:16 UTC
**Body**     Trump Stickers 2020 Waterproof Sticker Decal Stickers Repeat
             Stick Pack for Car Bumper Window Laptop Computer Phone

| | | |
|---|---|---|
| | | Motorcycle Bicycle Toy (50PCS) https://www.amazon.com/dp/B08G PSD26Z/ref=cm_sw_r_cp_api_glc_fabc_AkG7FbENGFQ0K |
| Share | Date Created | 2020-12-31 16:56:13 UTC |
| | Summary | Trump Stickers 2020 Waterproof Sticker Decal Stickers Repeat Stick Pack for Car Bumper Window Laptop Computer Phone Motorcycle Bicycle Toy (50PCS) |
| | Title | Trump Stickers 2020 Waterproof Sticker Decal Stickers Repeat Stick Pack for Car Bumper Window Laptop Computer Phone Motorcycle Bicycle Toy (50PCS) |
| | Url | https://www.amazon.com/dp/B08GPSD26Z/ref=c m_sw_r_cp_api_glc_fabc_AkG7FbENGFQ0K |

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:56:19 UTC
**Body** I'm buying a few packs of those

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 16:56:51 UTC
**Body** That's gonna be like curreny there

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:10:38 UTC
**Body** https://youtu.be/Upea7ZTjY00

| | | |
|---|---|---|
| Share | Date Created | 2020-12-31 17:10:36 UTC |
| | Summary | A quick updated video on tactical vest load out and setup. Check out our other channel at: https ://www.youtube.com/channel/UCZE_QUfKCew_a_ ykF7K_n3Q?view_as=s... |
| | Title | Tactical Vest Setup and Loadout Basics |
| | Url | https://www.youtube.com/watch?v=Upea7ZTjY0 0 |

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:10:46 UTC
**Body** This Is good to watch in 2x

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:11:56 UTC
**Body** Ronnie sent 3 photos.
**Attachments** image-405278727408271 (405278727408271)

| | | |
|---|---|---|
| | Type | image/jpeg |
| | Size | 219358 |
| | URL | https://interncache-frc.fbcdn.net/v/t1.15752-9/p 843x403/134974068_405278730741604_22390 81413772694428_n.jpg?ccb=3&_nc_sid=73a6a 0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZZ2VuX2Nsa WVudC9pbW9nZW46RFIJTWVkaWFFVdGlscyJ9&_n c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t p=6&oh=e39608f023404e5110143c3d9ac8022 0&oe=60486D79 |



11:11

Q Search Amazon

Deliver to Al - Millington 38053

Visit the Glove Station Store ★★★★½ 165
Glove Station The Combat Fingerless Military Police Outdoor
Sports Tactical Rubber Knuckle Gloves for Men, 1 Pair



1/7

Size:
**Select Size**

4 Colors:



**Photo ID**

405278727408271

image-469983137330608 (469983137330608)

| | |
|---|---|
| **Type** | image/jpeg |
| **Size** | 190344 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p843x403/134714415_469983143997274_839926145419299135_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFJJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&tp=6&oh=42e95dceccef98fb56f9eed71a51d892&oe=60497F90 |

11:11 ⌖

Q Search Amazon

← | Q Search Amazon | 📷 | 🎤

◉ Deliver to Al - Millington 38053

**Purchased on December 31, 2020.**

View order details

Brand: Gute ★★★☆☆ 481

GuTe Knee Pads, Black Adjustable Long Leg Sleeve Gear
Crashproof Antislip Protective Shin Guards for Motorcycle
Mountain Biking-1 Pair



1/7

$36⁹⁹ $39.50 Save $2.51 (6%)

✓prime & FREE Returns

**Promotion Available.** ... see more deals

FREE delivery: **Tuesday, Jan 5** Details

**Photo ID**

469983137330608

image-1177321672684152 (1177321672684152)
**Type** image/jpeg
**Size** 193795
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/134661283_1177321676017485_4928
446393962682856_n.jpg?ccb=3&_nc_sid=73a6
a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFJJJTWVkaWFFVdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=56e41697bcef8099dda6036aad90e3c
8&oe=6049F473



11:11

Q Search Amazon

◉ Deliver to Al - Millington 38053

**Explore Home gift ideas**

**Purchased on December 31, 2020.**

View order details

Brand: UVEX by Honeywell                ★★★★½  2,961

UVEX by Honeywell Bionic Face Shield with Clear Polycarbonate Visor (S8500)

 Amazon's Choice  for "uvex bionic face shield"



1/7

$28.99  $38.05 Save $9.06 (24%)

 prime

May be available at a lower price from other sellers, potentially without free Prime shipping

         

**Photo ID**

1177321672684152

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:11:58 UTC
**Body** I just bought this

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:28:32 UTC
**Body** Reapr 11003 44 Inch Survival Spear, Black, Tactical Survival
Spear/Martial Arts Weapon, Fiberglass Staff & Precision Cut
Stainless Steel Blade, Hunting or Survival Spear https://www.amazo
n.com/dp/B07B1WRBGG/ref=cm_sw_r_cp_api_glc_fabc_qOG7FbW0
06JPR
**Share**   **Date Created** 2020-12-31 17:28:19 UTC
**Title** www.amazon.com
**Url** https://www.amazon.com/dp/B07B1WRBGG/ref=
cm_sw_r_cp_api_glc_fabc_qOG7FbW006JPR

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:28:43 UTC
**Body** Damn son

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:41:25 UTC
**Body** Yo you see my comments

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:41:35 UTC
**Body** Where?

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:42:19 UTC
**Body** On my GoFundMe post

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:42:44 UTC
**Body** No

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 18:52:22 UTC
**Body** You sent a photo.
**Attachments** image-332010494485930 (332010494485930)
**Type** image/jpeg
**Size** 4257435
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/133823382_332010497819263_39080
78316575052649_n.png?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&
_nc_tp=30&oh=7257a12d34e64b58157959473

114bc51&oe=6047DA75



**Photo ID**

332010494485930

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 18:52:23 UTC |
| **Body** | This is my top kit |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 18:52:30 UTC |
| **Body** | Gas mask just in case |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 18:52:38 UTC |
| **Body** | Make sure you bring ear plugs too |

| | | |
|---|---|---|
| **Author** | | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | | 2020-12-31 19:45:05 UTC |
| **Body** | | http://www.hopesandfears.com/hopes/city/how-to-gear-up/216551-what-to-wear-protest |
| **Share** | **Date Created** | 2020-12-31 19:45:05 UTC |
| | **Summary** | On the fourth anniversary of Occupy Wall Street, we speak to lawyer and activist Sue Basko about the right to assemble, agent provocateurs and police brutality at demonstrations. |
| | **Title** | How to gear up for a protest |
| | **Url** | http://www.hopesandfears.com/hopes/city/how-to-gear-up/216551-what-to-wear-protest |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2020-12-31 20:23:21 UTC |
| **Body** | ▓▓▓▓▓▓▓ might be rolling w us |

| | | |
|---|---|---|
| **Author** | | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | | 2020-12-31 20:23:56 UTC |
| **Subscription Event** | **Type** | subscribe |
| | **Users** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Body** | | You added ▓▓▓▓▓▓▓ to the group. |

| | | |
|---|---|---|
| **Author** | | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | | 2021-01-01 00:07:12 UTC |
| **Body** | | You sent a video. |
| **Attachments** | | video-1609459632.mp4 (766214714246759) |
| | **Type** | video/mp4 |
| | **Size** | 2887509 |
| | **URL** | https://interncache-frc.fbcdn.net/v/t42.3356-2/134753727_3781429861917523_720712671628902675_n.mp4/video-1609459632.mp4?ccb=3&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9zaWVudC9pbnRlcm5hbC9weGc2FnZV92 |

aWRIbyJ9&vabr=2566674&_nc_ht=interncache-f
rc&oh=953e81904293e4fec3e1549fda0be487&
oe=602550F8&dl=1

**Author** ███████████████████
**Sent** 2021-01-01 00:08:51 UTC
**Body** Hey guys Thanks for put me in the group I'm hoping to be able to
make it out there even if I have to drop in later

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-01 00:11:37 UTC
**Body** Ya man you're welcome to drop in any time

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-01 00:12:01 UTC
**Body** We got an airbnb that I think will be fine if you crash in as well 5-7

**Author** ████████████████████
**Sent** 2021-01-01 00:12:06 UTC
**Body** Got any plans on where you are staying, etc?

**Author** █████████████████████
**Sent** 2021-01-01 00:12:10 UTC
**Body** Read my mind

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-01 00:12:10 UTC
**Body** We're just splitting the cost

**Author** ███████████████████
**Sent** 2021-01-01 00:12:36 UTC
**Body** ████████ 🖤🖤
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9Ibn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-01 00:12:46 UTC
**Body** Both Nate and Ronnie and IMrs too

**Author**

**Sent** 2021-01-01 00:13:29 UTC
**Body** Ya I know Ronnie, Nate, nice to meet you

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-01 00:14:06 UTC
**Body** 5-7 right @Nate DeGrave

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-01 00:18:30 UTC
**Body** Yes Josiah correct five through seven and nice to meet you Michael
I do ecomm, affiliate marketing and SEO full-time

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-01 00:25:55 UTC
**Body** Ronnie sent an attachment.
**Share** **Date Created** 2021-01-01 00:25:54 UTC
**Title** Win The Win
**Url** https://www.facebook.com/groups/winthewin/pe
rmalink/416745179523328/

**Author**
**Sent** 2021-01-01 01:07:16 UTC
**Body** sent a photo.
**Attachments** image-880117909411648 (880117909411648)
**Type** image/jpeg
**Size** 18811
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/134302591_880117942744978_85502
54967227685667_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2Z2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFWVdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=da6688df63b003f796659059a4d171df
&oe=6048F505



18:07

**Tweet**

**Isabella Maria DeLuca**
@bellamaria1776

BREAKING: Trump returns to the White House early and Mike Pence has cancelled his overseas trip. Something big is coming.

11:17 · 31 Dec 20 · Twitter for iPhone

**11.2K** Retweets  **658** Quote Tweets  **51.3K** Likes

**Thomas Starbuck** @turtlenrace · 5h
Replying to @bellamaria1776 and @clmuseum

🙏

♡ 16

**Thunder** @Thundergarden10 · 2h
Replying to @bellamaria1776
They are going to get us into a war. Either overseas or civil. Blood will run in the streets because of Trump

♡ 21          ♡ 2

Show replies

your reply

**Photo ID**

880117909411648

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-01 01:07:46 UTC |
| **Body** | Ronnie sent a GIF from GIPHY. |
| **Attachments** | gif-853721285413432 (853721285413432) |
| **Type** | image/gif |
| **Size** | |
| **URL** | https://interncache-frc.fbsbx.com/v/t59.2708-21/73425709_1404562483031984_7461651055617507328_n.gif?ccb=3&_nc_sid=041f46&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2V2VuX2NsaWWVudC9lbnRpcHHkvbWVzc2FnZV9hbmltYXRlYXRlZF9wbWFnZS9uZXc9pbnRlcm5jYWNoZS1mcmMuZmJzYnguY29tJm9oPTIzM2Q65269547e32547111afa5337ded&oe=60257E77 |



**Photo ID** 853721285413432

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-01 03:18:04 UTC |
| **Body** | Look at the dope mask and helmet combo I just got |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-01 03:18:07 UTC |
| **Body** | Nate sent a photo. |
| **Attachments** | image-445124829826588 (445124829826588) |
| **Type** | image/jpeg |
| **Size** | 19152 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p843x403/134399631_445124859826585_7132079906720926047_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2V2VuX2NsaWWVudC9wbW9nZW46RFJJTWVkaWVWVkaWVdGlscyJ9&_n |

c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=ad6a2cf50a26efd88924ad6cc401ad7f
&oe=604AB7E1



7:17 🔵 ✳ 🔲 📱 🔋 •                          🔋 📶 ⛶ 15% 🔋

≡ **amazon** prime          🔍  ◯  🛒²

◉ Deliver to Nathan - Las Vegas 89169 ⌄

mountain conqueror 3pcs Breathable
Washable Fashione Glitter Face Mask fo...
$15.99 ✓prime

Sponsored

**Purchased on December 31, 2020.**

Mask+Helmet Black

View order details

Brand: JFFCESTORE                    ★★★★½  303

JFFCESTORE Tactical Mask and Fast Helmet,Protective Full
Face Clear Goggle Skull mask Dual Mode Wearing Design
Adjustable Strap One Size fits All



⌥%

♡

● ◯ ◯ ◯ ◯ ◯ ◯




5 Colors:
**Mask+Helmet Black**                    ⬛ >

$69⁹⁶



✓prime & FREE Returns

FREE delivery: **Monday, Jan 4**
Order within 4 hrs and 42 mins Details

**Photo ID**

445124829826588

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-01 03:18:19 UTC
**Body** Nice

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-01 03:18:25 UTC
**Body** Make sure it gets here in time

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-01 03:18:46 UTC
**Body** It's all supposed to arrive on the 3rd

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-01 03:19:14 UTC
**Body** I'm bringing the limitless pills for mental and cognitive superiority

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-02 04:45:23 UTC
**Body** You sent a photo.
**Attachments** image-231599058478505 (231599058478505)
**Type** image/jpeg
**Size** 80128
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/133981964_385941069142076_45350
59325448643558_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFFVdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=bd1fc9ba776c5e894287f562220fe620
&oe=6047C42D



D.C. mayor
Muriel Bowser

she as orded all hotels,
restaurants,
grocery stores, gas
stations,
and convenience stores
to close jan 4th ,5th and
6th to Discourage
TRUMP supporters from
gathering  in D.C.

For all the Patriots
heading to D.C bring
EXTRA food, water,
blankets, supplies, and
have a plan where to
sleep.

Patriots not going to D.C
Echo this info

**Photo ID** 231599058478505

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 04:45:38 UTC
**Body**    Fuck that bitch

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 04:51:42 UTC
**Body**    Yes. Brought lots of meal replacement drinks. I figured they'd do that. Truly anti Democratic

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 04:55:14 UTC
**Body**    Do you think the airbnb is going to kick us out ?

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 04:56:03 UTC
**Body**    We have to pretend to be a family

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 04:56:14 UTC
**Body**    In my notes I put coming to see family can't wait to see this beautiful city LOL

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 04:56:33 UTC
**Body**    We can sleep in the vehicle if we have to

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 05:03:59 UTC
**Body**    I booked us a Mini Van in case we need to sleep in it. It's gonna be a little tight if worse comes to worse but gives us space for our equipment, food, water, and lodging if it comes to it. It's going to be around $500ish dollars. I'll know the exact amount tomorrow.

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 05:08:05 UTC
**Body**    Oh I'm totally cool with it I will make whatever sacrifice necessary. We got to think about parking

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 05:08:33 UTC
**Body**    We also don't need it getting burned down

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 05:09:07 UTC
**Body**    So are we still good for the airbnb?

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 05:09:23 UTC
**Body**    Does the mayors orders affect airbnb

**Author**    Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-02 05:09:39 UTC
**Body**    Hopefully there's some patriots there that won't give a fook

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-02 05:10:28 UTC
**Body**    Yes I hope not. Van it is otherwise. Saves us money. For the record, the host definitely has the appearance of our opposition

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-02 05:14:14 UTC
**Body**  To think the Airbnb will be fine

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-02 05:18:26 UTC
**Body**  Let's try to stay low key

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-02 05:18:47 UTC
**Body**  And hopefully we have the whole place to ourselves

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-02 05:19:10 UTC
**Body**  We do

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-02 05:19:36 UTC
**Body**  We can't have any visible gear or maga anything inside or outside
of the Airbnb. At least if there are cameras

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-02 05:19:44 UTC
**Body**  If the host gets any idea what we are up to she will cancel on us

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-02 05:59:18 UTC
**Body**  Yikes

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-03 03:45:39 UTC
**Body**  I land 4:00 p.m. on the 4th. See you guys then

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-03 03:45:54 UTC
**Body**  I guess we leave straight from there

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-03 06:49:38 UTC
**Body**  see ya soon

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-03 21:17:10 UTC
**Body**  https://youtu.be/F2rRezgd3Yw
**Share**  **Date Created**  2021-01-03 21:17:10 UTC
          **Summary**  The Power of Pence.A walk through history - and
                       a close review of our Constitution - would seem
                       to indicate that Pence has near carte blanche
                       power come Janu...
          **Title**  Leigh Dundas - The Power of Pence - 12-30-2020
          **Url**  https://www.youtube.com/watch?v=F2rRezgd3Y
                   w

**Author**  ███████████████████████████
**Sent**  2021-01-03 21:21:21 UTC
**Body**  Why is lin wood saying arrest pence?

**Author**   Nate DeGrave (Facebook: 100023579536609)
**Sent**   2021-01-03 21:22:51 UTC
**Body**   He is? Just checked his Twitter he is still Trump's team so idk

**Author**   Nate DeGrave (Facebook: 100023579536609)
**Sent**   2021-01-03 21:23:39 UTC
**Body**   Nate sent a photo.
**Attachments**   image-414563343297522 (414563343297522)
**Type**   image/jpeg
**Size**   22027
**URL**   https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/135759089_414563363297520_74143
07046569302028_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=e4c6a1aeac633ab2af18c85c44bffec2
&oe=604AD689

1:23                                           86%

← **Tweet**


**Lin Wood**
@LLinWood

Mike Pence @VP @Mike_Pence
should resign immediately unless
he publicly states that he will reject
electors from states where fraud
occurred.

A man of God would NEVER certify a
lie.

Every lie will be revealed. Every lie
means every lie. Always has. Always
will.



Tweet your reply

**Photo ID**

414563343297522

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-04 01:53:57 UTC |
| **Subscription Event** | |
| **Type** | subscribe |
| **Users** | ███████████████████ |
| **Body** | Ronnie Sandlin added ██████████████ to the group. |

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-04 01:54:07 UTC |
| **Body** | ████████ is a fellow patriot |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 01:56:39 UTC |
| **Body** | the one hosting our Airbnb? If so great |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 02:08:34 UTC |
| **Body** | Oh NVM. Got it |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2021-01-04 02:10:23 UTC |
| **Body** | What's the address of the airbnb |

| | |
|---|---|
| **Author** | ███████████████████ |
| **Sent** | 2021-01-04 02:35:45 UTC |
| **Body** | Ronnie, I want to see every move they make. LMBO |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 03:10:02 UTC |
| **Body** | Nate sent a photo. |
| **Attachments** | image-404973443894322 (404973443894322) |
| **Type** | image/jpeg |
| **Size** | 15847 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p843x403/135732654_404973457227654_6176727690286330303_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2Z2VuX2NsaWVudC9wbW9nZW46RFIJTWVkaWVVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&p=6&oh=ed22587d0546c8607f022c95f92fd4ef&oe=604AD155 |

7:09 📱 ⚫ ∞                        ❄ 🔋 📶 52% 🔋

← ████████████                              ⋮
Response time: 1 hour



**cozy gathering**
Jan 5 – 7 · 3 guests
Upcoming

Dec 30, 2020

 To protect your payment, always communicate
and pay through the Airbnb website or app.
8:27 PM

 Hosts can't see your profile photo until after
your booking is confirmed. Learn more

**Rave** 8:27 PM
Visiting family for the new years! I look
forward to seeing the beautiful city.

🔒 Booking confirmed · 3 guests, Jan 5 - Jan 7  8:27
PM

Jan 3

**Rave** 1:21 PM
Looking forward to being there in a few
days! Can you provide me the address
to where I go



  Write a message

**Photo ID**

404973443894322

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-04 03:10:16 UTC |
| **Body** | Excellent |

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-04 03:10:36 UTC |

| | | |
|---|---|---|
| **Subscription Event** | **Type** | unsubscribe |
| | **Users** | ook: |
| **Body** | Ronnie Sandlin re████████████████████from the group. |

| | | |
|---|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) | |
| **Sent** | 2021-01-04 10:18:21 UTC | |
| **Body** | https://parler.com/post/ea18dc6d3ec04c47a36cfd6d0869417d | |
| **Share** | **Date Created** | 2021-01-04 10:18:20 UTC |
| | **Summary** | #DoNotCertify #january6th #january6th2021 #162021 #AUDIT2020 #kag2020 #millionmagamarch #millionmagamarch2021 #stopthesteal #stopthestealcaravan #darktolight #thegreatawakening #DRAINTHESWAMP... |
| | **Title** | @Kellzzz223 - Kellzzz223 - #DoNotCertify #january6th #january6th2021 #162021... |
| | **Url** | https://parler.com/post/ea18dc6d3ec04c47a36cf d6d0869417d |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 10:18:55 UTC |
| **Body** | Let em try us |

| | |
|---|---|
| **Author** | Ronnie Sandlin (Facebook: 100000088276565) |
| **Sent** | 2021-01-04 10:19:30 UTC |
| **Body** | Ain't gonna happen |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 10:19:59 UTC |
| **Body** | Trump raised the 1776 flag from the white house |

| | | |
|---|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) | |
| **Sent** | 2021-01-04 10:21:56 UTC | |
| **Body** | Nate sent a photo. | |
| **Attachments** | image-867976257299549 (867976257299549) | |
| | **Type** | image/jpeg |
| | **Size** | 13263 |
| | **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p 843x403/135762309_867976270632881_35836 17580238573372_n.jpg?ccb=3&_nc_sid=73a6a |

0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFdVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=7f11e34eb506a37732e01edc75b0c6d
6&oe=604875B3



PRESIDENT TRUMP
officially raised the
1776 - 13 COLONY FLAG an hour ago.

LET THE GAMES BEGIN



**Photo ID**

867976257299549

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 10:43:05 UTC
**Body** We meet here at 10:00 a.m.

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 10:43:08 UTC
**Body** Nate sent a photo.
**Attachments** image-203882598058141 (203882598058141)
**Type** image/jpeg
**Size** 17742
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/136077280_203882611391473_15926
72889287626751_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9wbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=3db6a7defad737db24b42ae653f721f1
&oe=6047BE37



**Photo ID**

203882598058141

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 19:09:01 UTC |
| **Body** | Nate sent a photo. |
| **Attachments** | image-427351104977343 (427351104977343) |
| **Type** | image/jpeg |
| **Size** | 238590 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p843x403/135559001_427351108310676_74295 72875169366949_n.jpg?ccb=3&_nc_sid=73a6a 0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa WVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t p=6&oh=055c4d6511d94f0fc18d64a9f82d6ec7 &oe=60496668 |



**MURIEL BOWSER**
**MAYOR**

December 31, 2020

Major General William J. Walker
Commanding General
District of Columbia National Guard
2001 East Capitol Street, SE
Washington, DC 20003

Dear Major General Walker:

As you know, First Amendment demonstrations permitted by the National Park Service
are scheduled to occur in the District of Columbia on Tuesday, January 5, 2021 and
Wednesday, January 6, 2021. As a result, District Government requests DC National
Guard (DCNG) support, as these demonstrations will follow similar events on November
14, 2020 and  December 12, 2020, which resulted in a large influx of participants,
violence and criminal activity.

The District of Columbia is requesting personnel from the DCNG. Further, DCNG will
support operations for both the Metropolitan Police Department and the DC Fire and
Emergency Medical Services. Finally, no DCNG personnel shall be armed during this
mission, and at no time, will DCNG personnel or assets be engaged in domestic
surveillance, searches, or seizures of US persons.

Director Christopher Rodriguez of the District's Homeland Security and Emergency
Management Agency will provide the requirements of and more details related to the
mission. I request that you immediately connect with Director Rodriguez to discuss this
critical request. Thank you for your immediate assistance.

Sincerely,

Muriel Bowser
Mayor

**Photo ID**

427351104977343

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 19:09:05 UTC |
| **Body** | National guard coming |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 19:09:14 UTC |
| **Body** | I'm getting on my flight in 2 hrs |

| | |
|---|---|
| **Author** | ███████████████████ |
| **Sent** | 2021-01-04 19:27:40 UTC |
| **Body** | It's looking like I probably won't be able to make it but something might change. My uncle passed yesterday in fucking Commiefornia, alone and without family even knowing his location. |

| | |
|---|---|
| **Author** | ███████████████████ |
| **Sent** | 2021-01-04 19:28:38 UTC |
| **Body** | They moved him without our knowledge to another facility. They Left his cell phone at his assisted living facility and we cpuldnt reach them or him. That's how they care for a vet in this country guys. Take note. |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 19:57:16 UTC |
| **Body** | Even more motivation and reason to be in DC for myself. Will fight for you and your family brother |

| | |
|---|---|
| **Author** | Nate DeGrave (Facebook: 100023579536609) |
| **Sent** | 2021-01-04 19:58:20 UTC |
| **Body** | @Ronnie Sandlin I arrive at 4:00 p.m. |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2021-01-04 21:45:02 UTC |
| **Body** | Sorry @████████████That is inhumane and cruel. I know he's in an indescribably beautiful and better place. Will say a prayer for you and your fam. |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2021-01-04 21:45:33 UTC |
| **Body** | We're on our way |

| | |
|---|---|
| **Author** | Josiah Colt (Facebook: 100005928300442) |
| **Sent** | 2021-01-04 21:45:42 UTC |
| **Body** | You sent a photo. |
| **Attachments** | image-228941302076443 (228941302076443) |
| **Type** | image/jpeg |
| **Size** | 87774 |
| **URL** | https://interncache-frc.fbcdn.net/v/t1.15752-9/p843x403/135242953_228941402076433_3451714822499045065_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&tp=6&oh=b4641b110f88704516cd85295698b5b1&oe=604B4A5D |



**Photo ID**

228941302076443

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 21:46:52 UTC
**Body** What time are we leaving tonight

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 21:47:44 UTC
**Body** I land in Nashville at 4:00

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 21:48:28 UTC
**Body** On your way where? Lol you're waiting for me right?!?!

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-04 21:50:03 UTC
**Body** Nah bro we had to leave but we arranged another way to get you there

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-04 21:50:17 UTC
**Body** Jkkkkkkk

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-04 21:50:24 UTC
**Body** I'm on my way my dude

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-04 21:51:20 UTC
**Body** Headed to the airport and we're starving

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-04 21:51:32 UTC
**Body** Got all your gear too

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:02:24 UTC
**Body** WHAT?! SO IM STRANDED

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:02:26 UTC
**Body** I'm on the plane I'm losing service

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:02:27 UTC
**Body** My stuff is at ronnie's

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:02:28 UTC
**Body** Wtf

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:02:42 UTC

**Body**
We got it

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:02:47 UTC
**Body** In the van

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:02:53 UTC
**Body** How am I getting there to dc

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:02:58 UTC
**Body** Lon

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:03:01 UTC
**Body** Lol

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:03:05 UTC
**Body** Dude we are picking you up

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:03:19 UTC
**Body** Oh lmao I thought you guys left??

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:03:37 UTC
**Body** I'm so confused lol

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:04:22 UTC
**Body** Oh I just saw the jk. I'm on the plane all stressing jesus bro lol

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:04:30 UTC
**Body** I'm so hype

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-04 22:04:40 UTC
**Body** We're on our way to the airport

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:04:55 UTC
**Body** I arrive at 4 pm

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-04 22:05:56 UTC
**Body** Nate sent a photo.
**Attachments** image-763144660957693 (763144660957693)
**Type** image/jpeg
**Size** 15558
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/135706101_763144694291023_66255
16425317432372_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9wbW9nZW46RFlJTWVkaWFWdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t

p=6&oh=19c0450bcaa12278cabfba33d6dc562
8&oe=604B9358





**Photo ID**

763144660957693

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-04 22:06:26 UTC
  **Body** I guess it's later than I thought, we can still make it though

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-04 22:07:46 UTC
  **Body** Leaving straight from here right

**Author** ████████████████████████████
  **Sent** 2021-01-04 23:11:04 UTC
  **Body** thx guys. Fuck California

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:11:21 UTC
  **Body** Srsly tho

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:32:28 UTC
  **Body** Yes Nate

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:32:31 UTC
  **Body** Have you landed yet

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:32:41 UTC
  **Body** We're in short term parking

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-04 23:36:31 UTC
  **Body** Yes waiting for my connecting flight

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-04 23:36:35 UTC
  **Body** I sent you my flight info

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-04 23:36:44 UTC
  **Body** Oh shit what's your eta?

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:37:06 UTC
  **Body** Oh it boards at 5

**Author** Josiah Colt (Facebook: 100005928300442)
  **Sent** 2021-01-04 23:37:09 UTC
  **Body** Fuck lol

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-04 23:37:36 UTC
  **Body** 930. We'll be ite lol we gotta prob drive all at once or take turns

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-04 23:37:55 UTC
**Body**    Check in is tomorrow at 3:00 p.m.

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-04 23:38:15 UTC
**Body**    Nate sent a photo.
**Attachments**    image-705636943478266 (705636943478266)
    **Type**    image/jpeg
    **Size**    15558
    **URL**    https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/135706101_763144694291023_66255
16425317432372_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFIJTWVkaWFFVdGIscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=19c0450bcaa12278cabfba33d6dc562
8&oe=604B9358





**Photo ID**

705636943478266

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-04 23:38:24 UTC
**Body**  Please keep for your records and track flight 0843

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-04 23:38:37 UTC
**Body**  I'll be there in about 5 hours

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-04 23:39:49 UTC
**Body**  Boarding.

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-05 00:02:26 UTC
**Subscription**  **Type**  subscribe
**Event**
**Users**  █████████████████████████████

**Body**  Ronnie Sandlin added ███████████ to the group.

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-05 00:02:34 UTC
**Body**  Leah is joining us

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-05 00:10:51 UTC
**Body**  1020 new arrival time there is a flight delay

**Author**  ████████████████████████████
**Sent**  2021-01-05 00:11:48 UTC
**Body**  Sup biatches wooo let's get this bread 🍞🍞

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**  2021-01-05 00:57:20 UTC
**Body**  Chhyayaaa

**Author**  ████████████████████████████
**Sent**  2021-01-05 01:28:42 UTC
**Body**  @Ronnie Sandlin you don't have to call back but just let me know that you got my text with the flight details. I'm tired as hell. Gonna try to catch some z's soon

**Author**  ████████████████████████████
**Sent**  2021-01-05 01:29:51 UTC
**Body**  ████ sent a photo.
**Attachments**  image-453047732772817 (453047732772817)
**Type**  image/jpeg
**Size**  51102
**URL**  https://interncache-frc.fbcdn.net/v/t1.15752-9/1
35597410_453047736106150_25695396426861
91460_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1

cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RFlJTWVkaWFWdGlscyYJ9&_nc_ad=z-m&_
nc_cid=0&_nc_ht=interncache-frc&oh=f106862
a851592414576ff80b24e712c&oe=604927D2

# Your trip confirmation (BOS – TPA)  [Inbox]

## Boston to Washington – AA 2159

Jan 5, 6:00 – 7:52 AM

 Take-off
**Tomorrow, 6:00 AM**

 Landing
**Tomorrow, 7:52 AM**

 Flight duration
**1 hr, 52 min**

Passenger name                                     Seat

–

**Photo ID** 453047732772817

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 01:34:13 UTC
**Body** You're a true patriot

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 01:34:14 UTC
**Body** Ronnie: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9ibn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



Photo ID 369239263222822

**Author** ███████████████████████████
**Sent** 2021-01-05 01:38:29 UTC
**Body** 👏👏👏👏

**Author** ███████████████████████████
**Sent** 2021-01-05 01:39:58 UTC
**Body** Also does anyone have any extra trump gear? Jw

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 01:40:13 UTC
**Body** Yes

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 03:06:56 UTC
**Body** Leah is a patriot

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 03:32:15 UTC
**Body** That's true

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 03:34:31 UTC
**Body** Ronnie: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ

1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9Ibn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 03:40:50 UTC
**Body** Landing

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 03:58:24 UTC
**Body** Going to bag check where should I meet y'all

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:02:17 UTC
**Body** 20 min

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:02:21 UTC
**Body** On our way

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:11:02 UTC
**Body** Ok cool waiting for bags

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:21:57 UTC
**Body** Red sweats

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:22:05 UTC
**Body** Baggage claim Southwest is my exact spot

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:22:06 UTC
**Body** Ronnie: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_5411344281094848512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9Ibn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:22:13 UTC
**Body** 5 min away

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:28:17 UTC
**Body** Weee her e

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 04:29:51 UTC
**Body** Go outside

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:30:12 UTC
**Body** I am

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:30:24 UTC
**Body** I don't see you

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 04:30:48 UTC
**Body** I'm by number 6

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 04:30:53 UTC
**Body** Allegiant

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 04:31:03 UTC
**Body** Ronnie in a construction orange sweater

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 04:31:33 UTC
**Body** I'm in a van

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:31:37 UTC
**Body** 3212345447

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-05 04:31:41 UTC
**Body** What are you wearing

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 04:31:49 UTC
**Body** Red sweats

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent**    2021-01-05 04:32:11 UTC
**Body**    I'm at allergist baggage

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 04:38:59 UTC
**Body**    Dude he's at BNA

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 04:39:02 UTC
**Body**    Nashville

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 04:39:13 UTC
**Body**    Hop back in Ronnie

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 04:39:20 UTC
**Body**    I'm at 6

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 04:40:43 UTC
**Body**    Q

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-05 04:42:08 UTC
**Body**    Is there an easier place to pick me up besides the airport in
            nashville? I'll probably hit up some food or something

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-05 05:25:53 UTC
**Body**    I'll be here at the airport, nothing open. So whack.

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-05 07:05:01 UTC
**Body**    What's eta

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 07:39:10 UTC
**Body**    Send address

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 07:39:14 UTC
**Body**    Really close

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-05 07:39:34 UTC
**Body**    I'm still at the airport baggage claim

**Author**  Josiah Colt (Facebook: 100005928300442)
**Sent**    2021-01-05 07:45:33 UTC
**Body**    4 min

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-05 07:50:10 UTC
**Body**    Outside

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2021-01-05 11:51:33 UTC

**Body** You landing soon Leah?

**Author** ███████████████████████

**Sent** 2021-01-05 12:38:29 UTC

**Body** I just landed

**Author** ███████████████████████████

**Sent** 2021-01-05 12:38:32 UTC

**Body** ████

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-05 12:39:05 UTC

**Body** You're at Reagan?

**Author** ██████████████████████████████

**Sent** 2021-01-05 12:40:00 UTC

**Body** Yeah the plane just touched down a min ago I'm waiting to leave; the airline has this new co vid aisle protocol so it's like one row at a time

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-05 12:40:18 UTC

**Body** Ok we are 5 hours away so just post up

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-05 13:40:09 UTC

**Body** What's your phone number ██████

**Author** ████████████████████████████

**Sent** 2021-01-05 13:43:00 UTC

**Body** ███████████████████

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent** 2021-01-05 16:17:13 UTC

**Body** https://www.facebook.com/323687904910208/posts/48176751243
5579/

**Share** **Date Created** 2021-01-05 16:17:12 UTC

**Title** Status Update

**Url** https://www.facebook.com/alphapickup/posts/48
1767512435579

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-05 16:39:53 UTC

**Body** Hour away ████████

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent** 2021-01-05 17:09:24 UTC

**Body** Nate sent a photo.

**Attachments** image-392162228737396 (392162228737396)

**Type** image/jpeg

**Size** 478294

**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/136455201_392162235404062_53137
6310803840922_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t

p=6&oh=39b6f31fa33acc4456da5dcc935658f7
&oe=604A5E33



**Photo ID** 392162228737396

**Author**
**Sent** 2021-01-05 17:11:10 UTC
**Body** Gimme a pin point, where can I meet you and an eta when you're
like.. 10 min. away? having to deal w stopping in an airport is crazy

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:20:05 UTC
**Body** 30 min away

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:20:05 UTC
**Body** Good idea

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:20:34 UTC
**Body** Call me when you're free we are close

**Author** ██████████████████████████████
**Sent** 2021-01-05 17:32:47 UTC
**Body** I'm outside. Level 3. American Priority sign.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:32:54 UTC
**Body** Ronnie: 🙏🙏
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:37:01 UTC
**Body** What airline?

**Author** ██████████████████████████████
**Sent** 2021-01-06 03:26:50 UTC
**Body** Reports are that love streams and pictures and checking from dc
are suppressed on facebook

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-06 03:27:11 UTC
**Body** Mine did ok today but we will see tomorrow

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2021-01-06 03:27:16 UTC
**Body** Damn

**Author** ██████████████████████████████
**Sent** 2021-01-06 03:27:54 UTC
**Body** Try some and lmk when you do and I will check

**Author**

**Sent** 2021-01-06 15:37:37 UTC
**Body** ▮ sent a photo.
**Attachments** image-154876359478401 (154876359478401)
**Type** image/jpeg
**Size** 132328
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
35845961_154876369478400_29449407136543
4648_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1c
mxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9
nZW46RFlJTWVkaWVVdGlscyJ9&_nc_ad=z-m&_n
c_cid=0&_nc_ht=interncache-frc&oh=570a89b2
1e6c5aacce1af3dec337f1f7&oe=604AA01D



**Photo ID**

154876359478401

**Author** ███████████████████████████

**Sent** 2021-01-06 15:42:54 UTC

**Body** Supp, which one are you guys at;What's your next move within the next half hour. Also did entry end up being huge problem? Ubering in 20ish. I'll be at main rally at u.s. capital. at 1pm.  But want to touch base and see where is the best spot to uber up before the main rally

**Author** Josiah Colt (Facebook: 100005928300442)

**Sent** 2021-01-06 16:00:04 UTC

**Body** We're headed to Moxy

**Author** Josiah Colt (Facebook: 100005928300442)

**Sent** 2021-01-06 16:01:22 UTC

**Body** Meet us there if you want

**Author** ████████████████████████████

**Sent** 2021-01-06 16:20:43 UTC

**Body** They are calling both Georgia races for democrats

**Author** ███████████████████████████

**Sent** 2021-01-06 16:20:56 UTC

**Body** Keep in mind last night they shut everything down again and then "" resumed counting this morning

**Author** Josiah Colt (Facebook: 100005928300442)

**Sent** 2021-01-06 16:33:43 UTC

**Body** ████████████████were at TGI Friday's

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-06 16:59:15 UTC

**Body** 4650 King St, Alexandria, VA 22302
5.4 mi

**Author** Nate DeGrave (Facebook: 100023579536609)

**Sent** 2021-01-06 20:12:06 UTC

**Body** Ronnie call me

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-06 20:20:05 UTC

**Body** I'm right outside

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-06 20:20:09 UTC

**Body** Still at the capital
She's

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-06 20:20:16 UTC

**Body** Steps

**Author**    Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2021-01-06 20:20:16 UTC
**Body**    I got sprayed

**Author**    Ronnie Sandlin (Facebook: 100000088276565)
**Sent**    2021-01-06 20:20:17 UTC
**Body**    Bad

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-06 20:20:18 UTC
**Body**    3212345447

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-06 20:20:22 UTC
**Body**    Call me please

**Author**    ███████████████████████
**Sent**    2021-01-06 20:50:49 UTC
**Body**    Yooo

**Author**    ███████████████████████
**Sent**    2021-01-06 20:56:40 UTC
**Body**    Yo be careful.

**Author**    ███████████████████
**Sent**    2021-01-06 20:56:59 UTC
**Body**    Guard coming in and va swat

**Author**    ████████████████████
**Sent**    2021-01-06 20:58:55 UTC
**Body**    Nate I am going to call you from an ███ number

**Author**    ████████████████████
**Sent**    2021-01-06 21:04:23 UTC
**Body**    my cell is ███████████

**Author**    ████████████████████
**Sent**    2021-01-06 21:04:54 UTC
**Body**    Everyone save it. I will work on finding help

**Author**    Nate DeGrave (Facebook: 100023579536609)
**Sent**    2021-01-06 21:06:16 UTC
**Body**    Thank you bro we need it

**Author**    ███████████████████
**Sent**    2021-01-06 21:10:18 UTC
**Body**    I know.

**Author**    ████████████████████
**Sent**    2021-01-06 21:10:29 UTC
**Body**    you going to regroup - I suggest gettingout of the area

**Author**    ███████████████████████
**Sent**    2021-01-06 21:11:42 UTC
**Body**    Yo I'm just seeing these sorry

**Author**    ███████████████████████
**Sent**    2021-01-06 21:11:50 UTC

**Body**
    Where are you guys.  I'm here

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:15:43 UTC
  **Body** I will call you in a few minutes

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:15:53 UTC
  **Body** I am on with help right now

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:15:55 UTC
  **Body** \I have advice

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:15:59 UTC
  **Body** and info

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:20:47 UTC
  **Body** ok I have info for J -

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:22:38 UTC
  **Body** pick up the phone

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:23:08 UTC
  **Body** top priority - call me immediately

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:23:12 UTC
  **Body** ███████████████

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:29:36 UTC
  **Body** Huh?

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:30:35 UTC
  **Body** Dude they threw tear gas; I'm on the top of that high ass spot right
  in the middle of the capitol building front

**Author** ███████████████████████████
  **Sent** 2021-01-06 21:30:44 UTC
  **Body** ███████████
**Attachments** sticker (369239263222822)
      **Type** image/png
      **Size**
       **URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
       9178562_1505197616293642_54113442810948
       48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
       1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
       RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
       _nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
       c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** ████████████████████████
  **Sent** 2021-01-06 21:31:09 UTC
  **Body** Where are you

**Author** ████████████████████████
  **Sent** 2021-01-06 21:36:02 UTC
  **Body** Time to go

**Author** ████████████████████████
  **Sent** 2021-01-06 21:36:05 UTC
  **Body** Seriously

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-06 21:54:35 UTC
  **Body** Where you guys at

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-06 21:54:41 UTC
  **Body** I'm my phone died I Kai got it charged

**Author** ████████████████████████
  **Sent** 2021-01-06 21:55:18 UTC
  **Body** Remove all pics from yesterday and today

**Author** ████████████████████████
  **Sent** 2021-01-06 21:55:25 UTC
  **Body** Or the last few days

**Author** ████████████████████████
  **Sent** 2021-01-06 21:55:32 UTC
  **Body** All posts.

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-06 21:58:51 UTC
  **Body** Ronnie pls untag and delete all posts

**Author** ████████████████████████
  **Sent** 2021-01-06 22:01:33 UTC
  **Body** Yo

**Author** Nate DeGrave (Facebook: 100023579536609)
  **Sent** 2021-01-06 22:01:58 UTC
  **Body** We're heading back

**Author** ████████████████████████
  **Sent** 2021-01-06 22:02:10 UTC
  **Body** yeah Ronnie I got kinda low key major heat for that tag of
         me...smdh....

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:02:10 UTC
**Body**  I'm headed back to the motel

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:02:22 UTC
**Body**  Okay I'm ubering in 10

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-06 22:02:24 UTC
**Body**  I'll explain later

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:02:27 UTC
**Body**  I'm leaving it up I'm not scared I'll untag but why come if you're scalars

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:02:29 UTC
**Body**  Scared

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:03:22 UTC
**Body**  Because i id'd j in 2 seconds from your sm posts

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:03:29 UTC
**Body**  And someone else will too

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:03:35 UTC
**Body**  And facial recognition will

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:03:42 UTC
**Body**  It's too late

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-06 22:03:49 UTC
**Body**  Ronnie what you said makes no sense we're not scared

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:03:58 UTC
**Body**  Not as per legal it isnt too late

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:04:05 UTC
**Body**  No and stop it

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:04:07 UTC
**Body**  I don't give a fuck

**Author**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**  2021-01-06 22:04:12 UTC
**Body**  I understand what you mean bro I'm just looking out for J

**Author**  Ronnie Sandlin (Facebook: 100000088276565)

**Sent**                2021-01-06 22:04:16 UTC

**Subscription**      **Type**  unsubscribe
**Event**

**Users**  ████████████████████████

**Body**  Ronnie Sandlin removed ███████ from the group.

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:26:42 UTC
**Body**  How about the van

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:35:29 UTC
**Body**  What's the address for the more.

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:35:32 UTC
**Body**  Motel

**Author**  Ronnie Sandlin (Facebook: 100000088276565)
**Sent**  2021-01-06 22:35:35 UTC
**Body**  I'm lost

**Author**  ████████████████████████████
**Sent**  2021-01-06 23:12:02 UTC
**Body**  Hey

**Author**  ██████████████████████████
**Sent**  2021-01-06 23:12:02 UTC
**Body**  I'm headed back, is anyone there to open the door

**Author**  ██████████████████████████
**Sent**  2021-01-06 23:12:02 UTC
**Body**  I feel you guys.. idk what happened I feel like I missed some
detailing, but my roommate is being super hostile to me because
of the post tag on fb

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-06 23:12:53 UTC
**Body**  Who??

**Author**  ██████████████████████████
**Sent**  2021-01-06 23:13:39 UTC
**Body**  I'll talk in person. Are you back at all? I'm hunkered in the train
station waiting for a green light, I don't have a key

**Author**  Nate DeGrave (Facebook: 100023579536609)
**Sent**  2021-01-07 00:47:25 UTC
**Body**  https://youtu.be/UXR_bqyAy4E
**Share**    **Date Created**  2021-01-07 00:47:25 UTC
          **Summary**  Thousands of supporters of President Trump
have stormed the US Capitol Building, venting
their anger at the victory of Joe Biden in the
presidential election...
          **Title**  Chaos in Washington as Trump supporters storm
Capitol and force lockdown of Congress- BBC
News
          **Url**  https://www.youtube.com/watch?v=UXR_bqyAy

4E

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-07 01:18:10 UTC
**Subscription**       **Type** unsubscribe
**Event**
      **Users** Nate DeGrave (Facebook: 100023579536609)

**Body** Nate DeGrave left the group.

**Author** ███████████████████████████
**Sent** 2021-01-07 01:52:33 UTC
**Body** You guys there? My uber is going to be there at 9:30

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:46 UTC
**Body** No

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:49 UTC
**Body** We left

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:53 UTC
**Body** You need to go to the airport

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:55 UTC
**Body** And leave

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:57 UTC
**Body** It's not good

**Author** █████████████████████████████████
**Sent** 2021-01-07 01:52:59 UTC
**Body** Wait okay

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:59 UTC
**Body** Things went bad

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:53:07 UTC
**Body** The motel is cleared out

**Author** ████████████████████████████
**Sent** 2021-01-07 01:53:10 UTC
**Body** But where is all my stuff.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 01:53:25 UTC
**Body** We grabbed whatever was in there

**Author** ████████████████████████████
**Sent** 2021-01-07 01:53:47 UTC
**Body** Okay, so all the stuff

**Author** ████████████████████████████

**Sent** 2021-01-07 01:53:55 UTC

**Body** how can I get it

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 01:57:15 UTC

**Body** We will figure it out

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 01:57:26 UTC

**Body** We are getting to a safe spot you will be fine you didn't participate

**Author** ████████████████████████████

**Sent** 2021-01-07 01:59:25 UTC

**Body** Where I'm coming to get all my stuff as soon as I can

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 01:59:44 UTC

**Body** Leah I'm not sure it's not our most important thing right now we are at risk for serious jail time

**Author** ████████████████████████████

**Sent** 2021-01-07 02:08:06 UTC

**Body** I get it. It doesn't mean that my stuff isn't important.  My passport. When can I pick it up and where so I can bounce.  Literally the last move I need to do before I can leave.  I need a green light

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:20 UTC

**Body** I don't know

**Author** ████████████████████████████

**Sent** 2021-01-07 02:08:27 UTC

**Body** WHAT

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:29 UTC

**Body** I don't have an answer

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:36 UTC

**Body** Do you understand what is going on here?

**Author** ████████████████████████████

**Sent** 2021-01-07 02:08:38 UTC

**Body** Ronnie I'm literally going to punch you in the face

**Author** ████████████████████████████

**Sent** 2021-01-07 02:08:40 UTC

**Body** NO

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:41 UTC

**Body** I don't think you do

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:52 UTC

**Body** Go to the airport and say you lost your id I did it before

**Author** ████████████████████████████████

**Sent** 2021-01-07 02:08:56 UTC

**Body** IT DOES NOT MEAN THAT YOUR CHOICES ARE FUCKING MY LIFE UP

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:08:58 UTC

**Body** They just extra security check you

**Author** ████████████████████████

**Sent** 2021-01-07 02:09:02 UTC

**Body** WHAT THE FUCK.

**Author** ████████████████████████

**Sent** 2021-01-07 02:10:25 UTC

**Body** Ronnie I literally hate you.  You're fucking my life up because of your choices. It makes no sense why the fuck am I being affected

**Author** █████████████████████████

**Sent** 2021-01-07 02:10:29 UTC

**Body** I'm PISSED.

**Author** █████████████████████████

**Sent** 2021-01-07 02:10:42 UTC

**Body** give me an address I'll uber.

**Author** ███████████████████████████

**Sent** 2021-01-07 02:10:46 UTC

**Body** You are somewhere on this planet

**Author** ███████████████████████████

**Sent** 2021-01-07 02:10:56 UTC

**Body** give me a location

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:12:07 UTC

**Body** We are gone

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:12:09 UTC

**Body** Way gone

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:12:15 UTC

**Body** Go to the airport and go home

**Author** Ronnie Sandlin (Facebook: 100000088276565)

**Sent** 2021-01-07 02:12:19 UTC

**Body** Its over

**Author** ███████████████████████████

**Sent** 2021-01-07 02:12:42 UTC

**Body** Ronnie I'm literally message ████████ nd telling her how much a shit head you are

**Author** █████████████████████████████████

**Sent** 2021-01-07 02:12:53 UTC

**Body** You can count on it.  My sympathy has left the building

**Author**
Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 02:30:11 UTC
**Body** I told you to stay with us

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 02:30:11 UTC
**Body** She isn't my girlfriend or fiancé

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 02:30:11 UTC
**Body** She is nothing to me

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 02:30:12 UTC
**Body** I told you shit may get wild

**Author** ███████████████████████
**Sent** 2021-01-07 03:28:55 UTC
**Body** You mail those to me as soon as you get a chance. Do not include
me in your friggn drama. Enough. That means my north face
school bag and my other things that I LIKE and WANT because I did
absolutely NOTHING.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 02:09:13 UTC
**Body** I will

**Author** ███████████████████████
**Sent** 2021-01-09 01:26:50 UTC
**Body** Thank you. And then, which videos of me did you post to
Facebook? I never got the chance to look at them. Can you send
the video(s) to me? I need them because now I have to deal with
responding to my roommate who messaged me after seeing them
and essentially went on a rant about how I am a bad person.

**Author** ███████████████████████
**Sent** 2021-01-09 01:28:02 UTC
**Body** If I do not know what I said in those videos or what was said in
general, then I have no way to defend myself. She will likely make
some shit up or over exaggerate something from the video and I
will have no way to rebutt it, seeing as I never got the chance to
see the video content

**Author** ███████████████████████
**Sent** 2021-01-09 01:29:31 UTC
**Body** This is a big deal for me because it is just her and Iat home. My
home space is now dysfunctional because of this. I did not need
her involved in my life which is why I never shared any of that with
her, which is why when she saw that video of me it was shocking to
her (also keep in mind she is a crazy ass leftist)

**Thread** (10220622071474694)
**Current** 2021-02-10 17:22:34 UTC
**Participants** ████████████████████████
Josiah Colt (Facebook: 100005928300442)