## UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 21-cr-00088-DLF** |
| | **)** | |
| **RONALDN SANDLIN, et. al.,** | **)** | |
| | **)** | |
| | **)** | |
| **Defendant** | **)** | |
| | **)** | |

## DEFENDANT NATHAN DEGRAVE'S MOTION TO TRAVEL

NOW COMES Defendant Nathan DeGrave by and through his undersigned counsel of record, William L. Shipley, requesting this Honorable Court to allow Defendant DeGrave to fly from Las Vegas to California.

Defendant DeGrave is set to self-surrender at FCI Lompoc on June 21, 2023 and is currently on home incarceration.

Due to travel accommodations, Defendant DeGrave requests permission to leave Las Vegas on June 20, 2023, to travel to Santa Barbara.  He is set to leave Las Vegas at 9:25 pm, will arrive in Santa Barbara at 10:40.

Defendant DeGrave will have accommodations for one night and will surrender to FCI Lompoc on June 21, 2023 by noon.

Dated: June 20, 2023                                         Respectfully submitted,

                                                                          /s/ William L. Shipley_____
                                                                          William L. Shipley, Jr., Esq.
                                                                          PO BOX 745
                                                                          Kailua, Hawaii 96734
                                                                          Tel: (808) 228-1341
                                                                          Email: 808Shipleylaw@gmail.com